## CONSENT TO SUE

I hereby consent to sue Allied Facility Care, LLC ("Allied") under 29 U.S.C. § 216(b), as well as any other entities or individuals who may qualify as employers under the Fair Labor Standards Act of 1938 ("FLSA"), for any violations of the FLSA during the time that I worked for Allied.

*[signature]*