IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JANE DOE and RUTH ZERON**, on behalf of themselves and all similarly situated employees and a class of employees,<br><br>    Plaintiffs,<br><br>v.<br><br>**FEDEX GROUND PACKAGE SYSTEM, INC. and ALLIED FACILITY CARE, LLC,**<br><br>    Defendants. | No. 3:21-cv-395<br><br>District Judge Trauger<br><br>Magistrate Judge Newbern<br><br>JURY DEMAND<br><br>CLASS ACTION<br><br>COLLECTIVE ACTION |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT ALLIED FACILITY CARE, LLC AND SELECTION OF DEADLINE FOR FILING OF RULE 23 MOTION FOR CLASS CERTIFICATION

Named Plaintiffs Jane Doe and Ruth Zeron and the Opt-in Plaintiffs (collectively, "Plaintiffs") and Defendant Allied Facility Care, LLC ("Allied"), through counsel, hereby inform this Court that they have resolved through an arm's-length settlement all the claims that Plaintiffs brought against Allied in this litigation. Considering their settlement of all claims, Plaintiffs will not file a motion for conditional certification of a collective action under the Fair Labor Standards Act of 1938, and Allied will not answer Plaintiffs' Second Amended Complaint ("SAC").

Plaintiffs and Allied have executed all the settlement documents, but Plaintiffs have not yet received the settlement consideration from Allied. Plaintiffs will move to dismiss Allied from this litigation and will seek to amend the SAC accordingly once they receive the settlement monies from Allied. Plaintiffs and Allied appreciate the Court's patience while they finalized their agreement and executed the settlement documents, and Plaintiffs anticipate moving to dismiss all claims against Allied by **February 18, 2022**.

This Court previously extended Plaintiffs' deadline to inform this Court of a date certain by which Plaintiffs will file their motion for class certification of their claims against Defendant FedEx Ground Package System, Inc. ("Rule 23 Motion"). [Dkt. 82.] Plaintiffs respectfully request that this Court set their deadline to file a Rule 23 Motion for **July 15, 2022**, and amend the case management order, [Dkt. 41], accordingly.

Date: February 3, 2022

Respectfully submitted,

/s/ *N. Chase Teeples*
Charles P. Yezbak, III (#018965)
N. Chase Teeples (#032400)
YEZBAK LAW OFFICES PLLC
2021 Richard Jones Road, Suite 310A
Nashville, TN 37215
Tel.: (615) 250-2000
Fax: (615) 250-2020
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 3, 2022, I filed a copy of this document, *Notice of Settlement Between Plaintiffs and Defendant Allied Facility Care, LLC and Selection of Deadline for Filing Rule 23 Motion for Class Certification*, via the Court's electronic filing system, which sent notice to the following counsel of record:

Charles K. Grant (#017081)
1600 West End Avenue, Suite 2000
Nashville, TN 37203
cgrant@bakerdonelson.com

Sharonda Fancher
420 Twentieth Street North, Suite 1400
Birmingham, TN 35203
sfancher@bakerdonelson.com

*Attorneys for FedEx Ground*


Zachary S. Cate, SBN 24101603
Brown Pruitt Wambsganss Dean Forman & Moore, P.C.
600 N. Carroll Ave. Ste. 100
Southlake, Texas 76092
zcate@brownpruitt.com

Wendy L. Longmire # 12158
Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, TN 37201
wlongmire@ortalekelley.com

*Attorneys for Allied*

                                                          /s/ *N. Chase Teeples*