# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE and RUTH ZERON, on behalf of themselves and all similarly situated employees and a class of employees,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and ALLIED FACILITY CARE, LLC,<br><br>    Defendants. | No. 3:21-cv-395<br><br>District Judge Trauger<br><br>Magistrate Judge Newbern<br><br>**JURY DEMAND**<br><br>**CLASS ACTION**<br><br>**COLLECTIVE ACTION** |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST ALLIED FACILITY CARE, LLC

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Named Plaintiffs Jane Doe and Ruth Zeron and Opt-in Plaintiffs Marcelina Miranda Gonzalez, Gregoria Lopez, and Amanda Ortega-Campoy (collectively, "Plaintiffs") and Defendants Allied Facility Care, LLC ("Allied") and FedEx Ground Package System, Inc. jointly stipulate to the dismissal **with prejudice** of all claims and causes of action asserted by Plaintiffs against **Allied** in this lawsuit. Each party shall bear its own costs as to those claims.

Dated:  February 18, 2022    Respectfully submitted,

/s/ *N. Chase Teeples*
Charles P. Yezbak, III (TN BPR # 018965)
N. Chase Teeples
YEZBAK LAW OFFICES PLLC
2021 Richard Jones Rd., Ste. 310A
Nashville, TN 37215
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 18, 2022, I filed a true and correct copy of this document, *Stipulation of Dismissal with Prejudice*, via the Court's CM/ECF system, which sent notice to the following counsel of record:

Charles K. Grant (#017081)
1600 West End Avenue, Suite 2000
Nashville, TN 37203
cgrant@bakerdonelson.com

Sharonda Fancher
420 Twentieth Street North, Suite 1400
Birmingham, TN 35203
sfancher@bakerdonelson.com

*Attorneys for FedEx Ground*


Zachary S. Cate, SBN 24101603
Brown Pruitt Wambsganss Dean Forman & Moore, P.C.
600 N. Carroll Ave. Ste. 100
Southlake, Texas 76092
zcate@brownpruitt.com

Wendy L. Longmire # 12158
Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, TN 37201
wlongmire@ortalekelley.com

*Attorneys for Allied*

                                        /s/ *N. Chase Teeples*